# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARMENCITA MARIA PEDRO,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-CV-1462** |
| : | |
| **UNITED STATES EQUAL** : | |
| **EMPLOYMENT OPPORTUNITY** : | |
| **COMMISSION,** *et al.*, : | |
| Defendants. : | |

## ORDER

AND NOW, this 8th day of July, 2021, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for failure to prosecute for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                             **BY THE COURT:**

                             /s/Joel H. Slomsky, J.
                             **JOEL H. SLOMSKY, J.**